**Fill in this information to identify the case:**

Debtor name  **North Tampa Anesthesia Consultants, PA**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **8:20-bk-02101**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■ Other document that requires a declaration   **Statement of Financial Affairs**
**List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 25, 2020**          X **/s/ Gabriel Perez**
                                         Signature of individual signing on behalf of debtor

                                         **Gabriel Perez**
                                         Printed name

                                         **Director/Practice Administrator**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **North Tampa Anesthesia Consultants, PA**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:20-bk-02101**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................................................    $              **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................................    $       **1,038,274.43**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................    $       **1,038,274.43**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $        **881,919.31**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $         **30,509.57**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$        **347,606.57**

4.   Total liabilities ...............................................................................................................................
   Lines 2 + 3a + 3b        $       **1,260,035.45**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**North Tampa Anesthesia Consultants, PA**__

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) __**8:20-bk-02101**__

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Fifth Third Bank** | **checking** | **8065** | $22,053.79 |
| 3.2. | **Axiom Bank** | **Checking** | **7175** | $28,587.63 |

**4.    Other cash equivalents** *(Identify all)*

**5.    Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $50,641.42 |
|---|---|

| Part 2: | Deposits and Prepayments |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7.    Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

| 7.1. | **David Jennis retainer to pursue Medac (previous billing company)** | $5,000.00 |
|---|---|---|

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    **North Tampa Anesthesia Consultants, PA**                     Case number *(If known)*  **8:20-bk-02101**
Name

9.    **Total of Part 2.**                                                                                          **$5,000.00**
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:        **1,929,977.00**  -        **1,543,981.60**  =....        **$385,995.40**
face amount                        doubtful or uncollectible accounts

11b. Over 90 days old:        **2,866,690.75**  -        **2,293,352.14**  =....        **$573,338.61**
face amount                        doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                                          **$959,334.01**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                            % of ownership

15.1.    **Haines City HMC, LLC**
**EOY 2018 Capital Account $2,754**        **.016**  %        **Recent cost**        **$2,754.00**

15.2.    **Hernando HMA, LLC**
**EOY 2018 Capital Account $18,045**        **.016**  %        **Recent cost**        **$18,045.00**

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**                                                                                          **$20,799.00**
Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **North Tampa Anesthesia Consultants, PA**    Case number *(If known)*  **8:20-bk-02101**
         Name

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Office furniture | $0.00 | FMV | $500.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Computer equipment | $0.00 | FMV | $1,000.00 |
| | Software | $0.00 | FMV | $1,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | $2,500.00 |

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **North Tampa Anesthesia Consultants, PA**                Case number *(If known)*   **8:20-bk-02101**
         Name

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
□ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

□ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Potential cause of action against Medac, Inc.**                              **Unknown**

    **Nature of claim**
    **Amount requested**                          **$0.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                           **$0.00**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    □ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor  **North Tampa Anesthesia Consultants, PA**                    Case number *(If known)*  **8:20-bk-02101**
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $50,641.42 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $959,334.01 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $20,799.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,038,274.43 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,038,274.43 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **North Tampa Anesthesia Consultants, PA**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:20-bk-02101**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
| --- | --- | --- | --- |

| 2.1 | **Fifth Third Bank, NA** | | | |
| --- | --- | --- | --- | --- |

| | | Describe debtor's property that is subject to a lien | $881,919.31 | $1,038,274.43 |
| --- | --- | --- | --- | --- |

Creditor's Name

**201 East Kennedy Blvd #1800 Tampa, FL 33602**

Creditor's mailing address

Describe debtor's property that is subject to a lien

**All assets of Debtor**

Describe the lien

**UCC1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

**12/12/18**

Last 4 digits of account number

**0109**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$881,919.31**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **North Tampa Anesthesia Consultants, PA**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:20-bk-02101**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | $0.00 |
|---|---|---|---|---|

**Florida Dept. of Revenue**
**PO Box 6327**
**Tallahassee, FL 32314**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Informational Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$30,509.57** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**03-06-20**

Basis for the claim:
**payroll taxes for 03-06-20 payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **North Tampa Anesthesia Consultants, PA** | | Case number (if known) | **8:20-bk-02101** |
|---|---|---|---|---|
| | Name | | | |

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,291.52 |
|---|---|---|
| **Akerman, LLP**<br>**PO Box 4906**<br>**Orlando, FL 32802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **5079** | Basis for the claim:  **legal services** | |
| Last 4 digits of account number  **2020** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|
| **Baumann Moreau**<br>**1404 W. Fletcher Ave.**<br>**Alexandria, VA 22312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **02/2020** | Basis for the claim:  **accounting services** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,251.43 |
|---|---|---|
| **Capital One Bank**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **credit card** | |
| Last 4 digits of account number  **5404** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,039.68 |
|---|---|---|
| **Change Healthcare Technology**<br>**a/k/a McKesson Health Soluti**<br>**PO Box 742526**<br>**Atlanta, GA 30374** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **12/2019 to 01/2020** | Basis for the claim:  **billing services** | |
| Last 4 digits of account number  **0580** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,800.00 |
|---|---|---|
| **ePreop, Inc.**<br>**909 Electric Ave. Suite 202**<br>**Seal Beach, CA 90740** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **vendor** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $917.42 |
|---|---|---|
| **FCCI**<br>**PO Box 405563**<br>**Atlanta, GA 30384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **03/2020** | Basis for the claim:  **10% WC deposit** | |
| Last 4 digits of account number  **7401** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195,000.00 |
|---|---|---|
| **Fifth Third Bank, NA**<br>**201 East Kennedy Blvd #1800**<br>**Tampa, FL 33602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **03/15/19** | Basis for the claim:  **guaranty of aircraft loan** | |
| Last 4 digits of account number  **4034** | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **North Tampa Anesthesia Consultants, PA** | Case number (if known) | **8:20-bk-02101** |
|---|---|---|---|
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,490.56 |
|---|---|---|---|

**GIS Benefits**
**PO Box 1806**
**San Antonio, TX 78296-1806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2020**

Last 4 digits of account number  **1884**

Basis for the claim:  **company dental, vision, life, disability benefits**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Joyce Krajnky, PR**
**Estate of Myron Krajnyk**
**c/o Faiella & Gulden, PA**
**243 West Park Ave #101**
**Winter Park, FL 32789**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **plaintiff in lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,669.88 |
|---|---|---|---|

**Medac, Inc.**
**150 Bluff Ave.**
**North Augusta, SC 29841**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **N175**

Basis for the claim:  **prior billing company**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,426.00 |
|---|---|---|---|

**Medical Protective Company**
**23289 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **malpractice insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Scott Babcock and**
**David Montney, Jr. and Other**
**c/o Kwall Showers & Barack**
**133 N. Fort Harrison Ave.**
**Clearwater, FL 33755**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Class Action lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $817.35 |
|---|---|---|---|

**Sprint**
**PO Box 629023**
**El Dorado Hills, CA 95762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2020**

Last 4 digits of account number  **6410**

Basis for the claim:  **corporate cell phones**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Survey Vitals, Inc.**
**1673 W. Shoreline Dr. #200**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **2267**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **North Tampa Anesthesia Consultants, PA** | Case number (if known) | **8:20-bk-02101** |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,402.73 |
|---|---|---|---|

**United Healthcare**
**PO Box 88106**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __02/2020__

Last 4 digits of account number __3795__

**Basis for the claim:**  __company health benefits__

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Weldon & Rothman, PL**<br>**7935 Airport-Pulling Road N**<br>**Suite 205**<br>**Naples, FL 34109** | Line __3.12__<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 30,509.57 |
| **5b. Total claims from Part 2** | 5b. | + $ | 347,606.57 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 378,116.14 |

**Fill in this information to identify the case:**

Debtor name    **North Tampa Anesthesia Consultants, PA**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:20-bk-02101**

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **1 year contract providing anesthesia services (with a 90 day notice period of termination)**<br>**approximately 1 year** | **Armando A. Pardillo, JR**<br>**3931 Duneside Drive**<br>**Fort Pierce, FL 34949** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **1 year contract providing anesthesia services (with a 90 day notice period of termination)**<br>**approximately 1 year** | **BLD Anesthesia Services, LL**<br>**909 E Melbourne Ave.**<br>**Melbourne, FL 32901** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Master Services Agreement for claims billing**<br><br>**6 months** | **Change Healthcare Technology  Enabled Services, LLC**<br>**Attn:  President**<br>**5995 Windward Parkway**<br>**Alpharetta, GA 30005** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **1 year contract providing anesthesia services (with a 90 day notice period of termination)**<br>**approximately 1 year** | **Cloud Nine Solutions**<br>**8843 Andreas Ave**<br>**Orlando, FL 32832** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **North Tampa Anesthesia Consultants, PA**                          Case number (*if known*)   **8:20-bk-02101**
     First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **1 year contract providing anesthesia services (with a 90 day notice period of termination)** | |
|---|---|---|---|
| | State the term remaining | **approximately 1 year** | |
| | List the contract number of any government contract | | **Gaseman 925**<br>**15316 Phillips Rd**<br>**Odessa, FL 33556** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **1 year contract providing anesthesia services (with a 90 day notice period of termination)** | |
|---|---|---|---|
| | State the term remaining | **approximately 1 year** | |
| | List the contract number of any government contract | | **John P Gollery**<br>**10215 Palermo Cir #304**<br>**Tampa, FL 33619-5084** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **1 year contract providing anesthesia services (with a 90 day notice period of termination)** | |
|---|---|---|---|
| | State the term remaining | **approximately 1 year** | |
| | List the contract number of any government contract | | **Keith Ingram**<br>**358 NE Alice Street**<br>**Jensen Beach, FL 34957** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **1 year contract providing anesthesia services (with a 90 day notice period of termination)** | |
|---|---|---|---|
| | State the term remaining | **approximately 1 year** | |
| | List the contract number of any government contract | | **Marc Notrica**<br>**15380 Aviles Pkwy**<br>**Odessa, FL 33556** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **1 year contract providing anesthesia services (with a 90 day notice period of termination)** | |
|---|---|---|---|
| | State the term remaining | **approximately 1 year** | |
| | List the contract number of any government contract | | **Paul Lambert**<br>**7840 Trail Run Loop**<br>**New Port Richey, FL 34653** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1  **North Tampa Anesthesia Consultants, PA**
          _____
          First Name      Middle Name      Last Name

Case number (*if known*)   **8:20-bk-02101**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **1 year contract providing anesthesia services (with a 90 day notice period of termination)** | |
|---|---|---|---|
| | State the term remaining | **approximately 1 year** | |
| | List the contract number of any government contract | | **Rama Kulkarni<br>4181 NW 37th Terrace<br>Gainesville, FL 32606** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **1 year contract providing anesthesia services (with a 90 day notice period of termination)** | |
|---|---|---|---|
| | State the term remaining | **approximately 1 year** | |
| | List the contract number of any government contract | | **Samuel Dawson<br>3905 W Cass Street<br>Tampa, FL 33609** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **1 year contract providing anesthesia services (with a 90 day notice period of termination)** | |
|---|---|---|---|
| | State the term remaining | **approximately 1 year** | |
| | List the contract number of any government contract | | **Serene Slumber<br>1237 Celebration Ave<br>Kissimmee, FL 34747** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **1 year contract providing anesthesia services (with a 90 day notice period of termination)** | |
|---|---|---|---|
| | State the term remaining | **approximately 1 year** | |
| | List the contract number of any government contract | | **SK Anesthesia Services PA<br>19 Pine Arbor Lane #204<br>Vero Beach, FL 32962** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **1 year contract providing anesthesia services (with a 90 day notice period of termination)** | |
|---|---|---|---|
| | State the term remaining | **approximately 1 year** | |
| | List the contract number of any government contract | | **Suncoast Anesthesiology, Inc<br>7033 Rivergate Ave.<br>Tampa, FL 33637** |

Debtor 1    **North Tampa Anesthesia Consultants, PA**
    First Name         Middle Name        Last Name

Case number (*if known*)    **8:20-bk-02101**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.15.    State what the contract or lease is for and the nature of the debtor's interest | **1 year contract providing anesthesia services (with a 90 day notice period of termination)** |
|         State the term remaining | **approximatley 1 year** |
|         List the contract number of any government contract | **Tracy Davis**<br>**16158 Forzando Ave**<br>**Brooksville, FL 34604** |

**Fill in this information to identify the case:**

Debtor name    **North Tampa Anesthesia Consultants, PA**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:20-bk-02101**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors       12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Christopher J. Lombardi** | **30704 Hawkeye Road Dade City, FL 33523** | **Fifth Third Bank, NA** | ■ D __**2.1**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Christopher J. Lombardi** | **30704 Hawkeye Road Dade City, FL 33523** | **Fifth Third Bank, NA** | ☐ D _____ <br> ■ E/F __**3.7**__ <br> ☐ G _____ |
| 2.3 | **Gabriel J. Perez** | **926 Greenlawn Street Kissimmee, FL 34747** | **Fifth Third Bank, NA** | ■ D __**2.1**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Gabriel J. Perez** | **926 Greenlawn Street Kissimmee, FL 34747** | **Fifth Third Bank, NA** | ☐ D _____ <br> ■ E/F __**3.7**__ <br> ☐ G _____ |
| 2.5 | **HLPG Newaco, LLC** | **1402 W Fletcher Ave Tampa, FL 33612** | **Fifth Third Bank, NA** | ■ D __**2.1**__ <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **North Tampa Anesthesia Consultants, PA** | Case number *(if known)* | **8:20-bk-02101** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **HLPG Newaco, LLC**    **1402 W Fletcher Ave Tampa, FL 33612** | **Fifth Third Bank, NA** | ☐ D \_\_\_\_\_ <br> ■ E/F   **3.7** \_\_\_\_\_ <br> ☐ G \_\_\_\_\_ |

**Fill in this information to identify the case:**

Debtor name    **North Tampa Anesthesia Consultants, PA**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:20-bk-02101**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,091,449.73** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$7,695,369.56** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$9,816,544.38** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **North Tampa Anesthesia Consultants, PA**          Case number *(if known)*  **8:20-bk-02101**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **Please see attached Schedule #1.** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Please see attached Schedule #2** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Fifth Third Bank, NA vs. HLPG Newaco, LLC; North Tampa Anesthesia Consultants, Inc., et al.**<br>**20-CA-362-O** | collections | **9th Judicial Circuit**<br>**Orange County, FL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

Debtor   **North Tampa Anesthesia Consultants, PA**                    Case number *(if known)*   **8:20-bk-02101**

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?  Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Johnson, Pope, Bokor, Ruppel & Burns, LLP  401 East Jackston Street #3100  Tampa, FL 33602** | **Attorney Fees (Please see 2016(b) Statement)** | **03/05/20** | **$20,000.00** |
| | Email or website address  **angelinal@jpfirm.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **North Tampa Anesthesia Consultants, PA**                Case number *(if known)*  **8:20-bk-02101**

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**  Previous Locations

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **8390 Champions Gate Blvd #215 Davenport, FL 33896** | **2012-2017** |

---

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **North Tampa Anesthesia Consultants 1402 W Fletcher Ave. Tampa, FL 33612** | **The Debtor is a anesthesia service provider for local hospitals and surgery centers. (Please see attached Schedule #3 for the list of facilities). The Debtor does not provideed services to any patients at its own location.** | **Unknown** |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. **Patient records are maintained at the hospitals where the services were provided.** | **How are records kept?** *Check all that apply:* ☑ Electronically ☑ Paper |

---

**Part 9:**  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

   **Patient names, social security numbers, addresses, phone numbers, insurance information**

   Does the debtor have a privacy policy about that information?
   ☐ No
   ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **North Tampa Anesthesia Consultants, PA** | Case number *(if known)* | **8:20-bk-02101** |

■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Plan Name** | EIN: **EIN** |

Has the plan been terminated?

■ No
☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Lockbox**<br>**Fifth Third Bank, NA**<br>**PO Box 637578**<br>**Cincinnati, OH 45263-7578** | **Fifth Third Bank** | **Customer Deposits** | ☐ No<br>■ Yes |
| **Change Healthcare Technology a/k/a McKesson Health Soluti**<br>**PO Box 742526**<br>**Atlanta, GA 30374** | **Change Healthcare Technology** | **billing/anesthesia records** | ☐ No<br>■ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

**Part 12:    Details About Environment Information**

Debtor    **North Tampa Anesthesia Consultants, PA**                    Case number *(if known)* **8:20-bk-02101**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|---|
| 25.1. | **Haines City HMA, LLC 4000 Meridian Blvd Franklin, TN 37067** | **membership interest** | **EIN:** 59-3184672 From-To |
| 25.2. | **Hernando HMA, LLC 4000 Meridian Blvd Franklin, TN 37067** | **membership interest** | **EIN:** 65-0832790 From-To |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **North Tampa Anesthesia Consultants, PA** | Case number *(if known)* | **8:20-bk-02101** |
| --- | --- | --- | --- |

| Name and address | Date of service From-To |
| --- | --- |
| 26a.1.  **Baumann Moreau**<br>**1404 W. Fletcher Ave.**<br>**Alexandria, VA 22312** | |
| 26a.2.  **Susan Bird**<br>**1404 W Fletcher Ave.**<br>**Tampa, FL 33612** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26b.1.  **Baumann Moreau**<br>**1404 W. Fletcher Ave.**<br>**Alexandria, VA 22312** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1.  **Baumann Moreau**<br>**1404 W. Fletcher Ave.**<br>**Alexandria, VA 22312** | |
| 26c.2.  **Susan Bird**<br>**1404 W Fletcher Ave.**<br>**Tampa, FL 33612** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1.  **Fifth Third Bank, NA**<br>**201 East Kennedy Blvd #1800**<br>**Tampa, FL 33602** |
| 26d.2.  **Axiom Bank**<br>**258 Southhall Lane #400**<br>**Maitland, FL 32751** |
| 26d.3.  **SeaCoast Bank**<br>**PO Box 9012**<br>**Stuart, FL 34995** |
| 26d.4.  **FFI Bank**<br>**3560 Kraft Road**<br>**Naples, FL 34105** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **North Tampa Anesthesia Consultants, PA** | Case number *(if known)* **8:20-bk-02101** |
|--------|---------------------------------------------|---------------------------------------------|

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Christopher J. Lombardi | 30704 Hawkeye Road<br>Dade City, FL 33523 | | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gabriel J. Perez | 926 Greenlawn Street<br>Kissimmee, FL 34747 | | 50% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Please see attached Schedule #2.** | | | |
| | Relationship to debtor | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Debtor    **North Tampa Anesthesia Consultants, PA**    Case number *(if known)*    **8:20-bk-02101**

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 25, 2020**

**/s/ Gabriel Perez**                                    **Gabriel Perez**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Director/Practice Administrator**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re    **North Tampa Anesthesia Consultants, PA**      Case No.    **8:20-bk-02101**

Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Christopher J. Lombardi**<br>**30704 Hawkeye Road**<br>**Dade City, FL 33523** | | **50%** | **Equity Interest** |
| **Gabriel J. Perez**<br>**926 Greenlawn Street**<br>**Kissimmee, FL 34747** | | **50%** | **Equity Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Director/Practice Administrator** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **March 25, 2020**        Signature    **/s/ Gabriel Perez**

                                                                 **Gabriel Perez**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re __North Tampa Anesthesia Consultants, PA_____    Case No.  __8:20-bk-02101__
                                                        Debtor(s)    Chapter   __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Director/Practice Administrator of the corporation named as the debtor in this case, hereby verify that the attached list of

creditors is true and correct to the best of my knowledge.


Date:  __March 25, 2020_____           __/s/ Gabriel Perez_____
                                                    **Gabriel Perez**/Director/Practice Administrator
                                                    Signer/Title

North Tampa Anesthesia Consultants, PA
1402 W Fletcher Ave.
Tampa, FL 33612

Christopher J. Lombardi
30704 Hawkeye Road
Dade City, FL 33523

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Angelina E. Lim
Johnson, Pope, Bokor,
  Ruppel & Burns, LLP
401 East Jackston Street #3100
Tampa, FL 33602

Cloud Nine Solutions
8843 Andreas Ave
Orlando, FL 32832

John P Gollery
10215 Palermo Cir #304
Tampa, FL 33619-5084

Akerman, LLP
PO Box 4906
Orlando, FL 32802

ePreop, Inc.
909 Electric Ave. Suite 202
Seal Beach, CA 90740

Joyce Krajnky, PR
Estate of Myron Krajnyk
c/o Faiella & Gulden, PA
243 West Park Ave #101
Winter Park, FL 32789

Armando A. Pardillo, JR
3931 Duneside Drive
Fort Pierce, FL 34949

FCCI
PO Box 405563
Atlanta, GA 30384

Keith Ingram
358 NE Alice Street
Jensen Beach, FL 34957

Baumann Moreau
1404 W. Fletcher Ave.
Alexandria, VA 22312

Fifth Third Bank, NA
201 East Kennedy Blvd #1800
Tampa, FL 33602

Marc Notrica
15380 Aviles Pkwy
Odessa, FL 33556

BLD Anesthesia Services, LL
909 E Melbourne Ave.
Melbourne, FL 32901

Florida Dept. of Revenue
PO Box 6327
Tallahassee, FL 32314

Medac, Inc.
150 Bluff Ave.
North Augusta, SC 29841

Capital One Bank
PO Box 30285
Salt Lake City, UT 84130

Gabriel J. Perez
926 Greenlawn Street
Kissimmee, FL 34747

Medical Protective Company
23289 Network Place
Chicago, IL 60673

Change Healthcare Technology
a/k/a McKesson Health Soluti
PO Box 742526
Atlanta, GA 30374

Gaseman 925
15316 Phillips Rd
Odessa, FL 33556

Paul Lambert
7840 Trail Run Loop
New Port Richey, FL 34653

Change Healthcare Technology
  Enabled Services, LLC
Attn:  President
5995 Windward Parkway
Alpharetta, GA 30005

GIS Benefits
PO Box 1806
San Antonio, TX 78296-1806

Rama Kulkarni
4181 NW 37th Terrace
Gainesville, FL 32606

Samuel Dawson
3905 W Cass Street
Tampa, FL 33609

Weldon & Rothman, PL
7935 Airport-Pulling Road N
Suite 205
Naples, FL 34109

Scott Babcock and
David Montney, Jr. and Other
c/o Kwall Showers & Barack
133 N. Fort Harrison Ave.
Clearwater, FL 33755

Serene Slumber
1237 Celebration Ave
Kissimmee, FL 34747

SK Anesthesia Services PA
19 Pine Arbor Lane #204
Vero Beach, FL 32962

Sprint
PO Box 629023
El Dorado Hills, CA 95762

Suncoast Anesthesiology, Inc
7033 Rivergate Ave.
Tampa, FL 33637

Survey Vitals, Inc.
1673 W. Shoreline Dr. #200
Boise, ID 83702

Tracy Davis
16158 Forzando Ave
Brooksville, FL 34604

United Healthcare
PO Box 88106
Chicago, IL 60680