

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/19/2021 02:30 PM

COURTROOM 8B

## HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:20-bk-02101-CPM** | 11 | 03/10/2020 |

**Chapter 11**

**DEBTOR:**   North Tampa Anesthesia Consultants, PA

**DEBTOR ATTY:**   Erik Johanson

**TRUSTEE:**   Amy Harris

**HEARING:**

1-CONTINUED CONFIRMATION HEARING
2-Further Hearing on Emergency Motion to Use Cash Collateral Filed by Angelina E Lim on behalf of Debtor North Tampa Anesthesida Consultants, PA (Doc. 8)
3-Objection to Confirmation of Plan Filed by Barbara C Leon on behalf of Creditor Scott R. Babcock (related document(s)[148]). (Leon, Barbara) Doc #170
4-Motion for Cramdown Filed by Angelina E Lim on behalf of Interested Party HLPG Newaco,LLC, Debtor North Tampa Anesthesia Consultants, PA (related document(s)[190]). (Lim, Angelina) Doc #192
5-Amended Objection to Confirmation of Chapter 11 Plan Filed by Christie D Arkovich on behalf of Scott R. Babcock, David Montney Jr.. (Arkovich, Christie) Doc #202
...Supplement to Amended Joint Chapter 11 Subchapter V Plan of Reorganization Dated December 14, 2020 Filed by Angelina E Lim on behalf of Interested Party HLPG Newaco,LLC, Debtor North Tampa Anesthesia Consultants, PA (related document(s)[190]). (Lim, Angelina) Doc #208
.

**APPEARANCES:**: Barbara Leon, Angelina Lim, Erik Johanson, Kevin Riggs, Amy Harris, Bradley Rothman, Michelle Nadeau, Nathan Wheatley, Patrick Warfield, Ryan Barack

**RULING:**
1-CONTINUED CONFIRMATION HEARING

  ...CONFIRMED as amended (and concessions) on the record; Objection overruled - Order by Lim...

2-Further Hearing on Emergency Motion to Use Cash Collateral Filed by Angelina E Lim on behalf of Debtor North Tampa Anesthesida Consultants, PA (Doc. 8)

 ...Granted (Final) - Order by Lim...

3-Objection to Confirmation of Plan Filed by Barbara C Leon on behalf of Creditor Scott R. Babcock (related document(s)[148]). (Leon, Barbara) Doc #170

   ...superceded by Doc. # 202...

4-Motion for Cramdown Filed by Angelina E Lim on behalf of Interested Party HLPG Newaco,LLC, Debtor North Tampa Anesthesia Consultants, PA (related document(s)[190]). (Lim, Angelina) Doc #192

   ...Granted - Order by Lim...

5-Amended Objection to Confirmation of Chapter 11 Plan Filed by Christie D Arkovich on behalf of Scott R. Babcock, David Montney Jr.. (Arkovich, Christie) Doc #202


...Supplement to Amended Joint Chapter 11 Subchapter V Plan of Reorganization Dated December 14, 2020 Filed by Angelina E Lim on behalf of Interested Party HLPG Newaco,LLC, Debtor North
Tampa Anesthesia Consultants, PA (related document(s)[190]). (Lim, Angelina) Doc #208


.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.