[Dapplet]  [Notice to Appellant]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>TAMPA</u> DIVISION
www.flmb.uscourts.gov

In re: North Tampa Anesthesia Consultants, PA                    Case No. 8:20-bk-02101-FMD
                                                                 Chapter 7

HLPG Newaco, LLC 8:20-bk-02102-CPM

(Jointly Administered)
      Debtor(s)          /

NOTICE OF REQUIREMENT TO FILE DESIGNATION OF RECORD

Pursuant to Fed. R. Bank. P. 8009, within fourteen (14) days after the filing of the notice of appeal, the appellant shall file with the Clerk of the Bankruptcy Court a designation to be included in the record on appeal. The designation should include:

1. Designation of the items indicated by document number to be included in the record on appeal and serve a copy upon the appellee;

2. Statement of the issues to be presented and serve a copy upon the appellee; and

3. If you intend to designate a transcript, a Purchase Order for Transcript is available on the court's website at www.flmb.uscourts.gov. Go to Forms and click on Purchase Order for Transcript. Requests for transcripts should be directed to a certified court reporting transcription service. For further information regarding digital audio recording and/or request forms for CD copies of hearings, please visit the court's website at http://www.flmb.uscourts.gov/ and click on Courtroom Services.

Dated:   March 19, 2021

                                        FOR THE COURT
                                        Sheryl Loesch, Clerk of Court

                                        Sam M. Gibbons United States Courthouse
                                        801 North Florida Avenue, Suite 555
                                        Tampa, FL 33602